IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:
MAGDA YOLANDA GARZA
441 SAMPSON ST.
SAN DIEGO, CA 92113

CASE NO. 06-00781-H13
JUDGE HARGROVE
FILED TS

06 NOV -1 AM 11: 59    DATE: 10/31/06

CLERK
U.S. BANKRUPTCY CT

Debtor(s)
SSN(1): XXX-XX-6517

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

**NOTICE IS HEREBY GIVEN** of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| 0004 | ECAST SETTLEMENT CORP<br>BOX 35480<br>NEWARK NJ 07193-5480 | 636.50<br>7.00 % INT | .00 | UNSECURED<br>ACCT:3282<br>COMM:GE |
| 0005 | ECAST SETTLEMENT CORP<br>BOX 35480<br>NEWARK NJ 07193-5480 | 555.94<br>7.00 % INT | .00 | UNSECURED<br>ACCT:3971<br>COMM:GE |
| 0007 | ECAST SETTLEMENT CORP<br>BOX 35480<br>NEWARK NJ 07193-5480 | 1337.06<br>7.00 % INT | .00 | UNSECURED<br>ACCT:3499<br>COMM:HSBC |
| 0001 | GMAC MORTGAGE<br>500 ENTERPRISE RD #150<br>BOX 0969 :ATTN BK TRUSTEE PMT<br>HORSHAM PA 19044-0969 | 1966.41<br>7.00 % INT | .00 | ARREARS, R.E.<br>ACCT:0318<br>COMM:ARREARS-7 |
| 0006 | PITE DUNCAN & MELMET<br>525 E MAIN ST<br>BOX 12289<br>EL CAJON CA 92022-2289 | .00 | 100.00 | NOTICE ONLY<br>ACCT:<br>COMM:NOTICE ONLY |
| 0002 | SAN DIEGO TAX COLLECTOR<br>1600 PACIFIC HWY RM 162<br>SAN DIEGO CA 92101 | .00<br>12.00 % INT | .00 | ARREARS, R.E.<br>ACCT:<br>COMM:ARREARS-12/PROP TAX |
| 0003 | SCHEDULED UNSECURED DEBTS<br>DOES NOT REPRESENT ACTUAL<br>CLAIMS FILED<br>INFORMATIONAL PURPOSES ONLY | .00<br>7.00 % INT | .00 | UNSECURED<br>ACCT:<br>COMM: |
| TOTAL | | 4495.91 | | |

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|---|
| | JOHN C COLWELL, ESQ<br>411 BROADWAY SUITE 203<br>SAN DIEGO CA 92101 | 2500.00 | | ATTORNEY |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the court in accordance with Rule 3007, and Objection to Claim and Request for Hearing within thirty (30) days of this notice.

Notice of Intent to Pay Claim
THOMAS H. BILLINGSLEA, JR.
CHAPTER 13 TRUSTEE
530 "B" STREET, SUITE 1500
SAN DIEGO CA 92101

I herein certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 10/31/2006

Clerk for the Office of
T. H. BILLINGSLEA, JR., TRUSTEE